# Third District Court of Appeal
## State of Florida

Opinion filed December 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0116
Lower Tribunal No. F13-23676
_____

**Reginal Desrosiers,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Reginal Desrosiers, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.